

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

RAUL ROSAS-BERNAL )
Plaintiff(s) )
V. )   Civil Action No.   3:12CV270 A/F 3:11CR94
UNITED STATES OF AMERICA )
Defendant(s) )

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☐ other: _____

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Robert L Miller Jr  on a motion for  28:2255.  The petition is dismissed pursuant to 28:2255.

Date    June 05, 2012

*CLERK OF COURT*

s/KSchwenk
*Signature of Clerk or Deputy Clerk*